UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

KIM MARIE FELLERS,

        Petitioner,

        v.                               Case No. 06-C-0738

STATE OF WISCONSIN,

        Respondent.

_____

## ORDER

The court adopts United States Magistrate Judge Aaron E. Goodstein's July 19, 2006 Recommendation. No objections have been filed within ten days of service of the recommendation. *See* General Local Rule 72.3.

Accordingly,

**IT IS ORDERED** that the July 19, 2006 recommendation be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the action be and the same is hereby **DISMISSED** without prejudice so that Fellers may begin to exhaust her state court remedies.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this __10th__ day of August, 2006.

                                            BY THE COURT:

                                            s/ J. P. Stadtmueller
                                            J. P. Stadtmueller
                                            U.S. District Judge